# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LEROY COLLINS,<br><br>     Appellant,<br><br>    vs.<br>THE STATE OF NEVADA,<br>     Respondent. | No. 80043<br><br>**FILED**<br><br>DEC 0 9 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>  DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "judgment of conviction and sentence." Eighth Judicial District Court, Clark County; James A. Brennan, Judge; Joseph T. Bonaventure, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on February 21, 1989, the second judgment of conviction on September 27, 1990, and the amended first judgment of conviction on March 27, 1998. Appellant did not file the notice of appeal, however, until November 12, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.   _____, J.
Stiglich           Silver

19·49754

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. James A. Brennan, Senior Judge
      Hon. Joseph T. Bonaventure, Senior Judge
      Hon. Cristina D. Silva, District Judge
      Leroy Collins
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A